UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 31 PM 4: 25

CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN P R

THE LAMCO GROUP, INC.
    Plaintiff

vs.    CIVIL NO. 96-1790 (GG)

UNIVERSAL LIFE INSURANCE, CO.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 20, 2000<br>**Docket:** #79<br>[ ] Plffs    [x] Defts<br>**Title:** Motion Withdrawing Legal Representation | **GRANTED AS REQUESTED.** |

**GILBERTO GIERBOLINI**
U.S. Senior District Judge

**Date:** January 27, 2000

| Rec'd: | EOD: |
|---|---|
| By: | # |