UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE LAMCO GROUP, INC.
    Plaintiff

vs.

UNIVERSAL LIFE INSURANCE, CO.
    Defendants

CIVIL NO. 96-1790 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 3, 2002<br>**Docket:** #82<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br><br>**Title:** Motion Requesting Remedies | **GRANTED.** In view that this file was sent by mistake to the central dead file in Missouri some time ago, the Clerk of the Court is **ORDERED** to immediately recuperate the same and send it to the undersigned. |

Date:  September 5, 2002

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By:          #83