UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



THE LAMCO GROUP, INC.
    Plaintiff

vs.

UNIVERSAL LIFE INSURANCE, CO.
    Defendant

CIVIL NO. 96-1790 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 27, 2000<br>**Docket:** #81<br>[x] **Plffs**  [] **Defts**<br>**Title:** Motion Withdrawing Legal Representation | **NOTED AND GRANTED.** |

Date: September 30, 2002

GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 84 |


