```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO

THE LAMCO GROUP, INC.            *
                                 *
     Plaintiff                   *
                                 *
          v.                     *    CIVIL NO. 96-1790 (GG)
                                 *
UNIVERSAL LIFE INSURANCE, CO.    *
                                 *
     Defendant                   *
* * * * * * * * * * * * * * * * *
```

**O R D E R**

Pending before us is the plaintiff's motion for reconsideration fo our Opinion and Order in this case. (Docket entry #65). Due to a clerical mistake, this file was sent to the central dead file in Missouri some time ago. As soon as the situation was brought to our attention, we ordered the Clerk of the Court to immediately recuperate the same and send it to the undersigned. (Docket entry #83).

We have carefully examined the parties' contentions in favor and against reconsideration of our Opinion and Order, as well as their arguments in the respective motions for summary judgment and cross-motions. In light of the entire record before us we find that the plaintiff has failed to adduce new arguments to move our discretion to vary our findings in favor of dismissing the claims against the defendants. (Docket entry #65).

**WHEREFORE**, in view of the above, the plaintiff's request for reconsideration is **DENIED**. (Docket entry #65).

**SO ORDERED.**

San Juan, Puerto Rico, this 17th day of March, 2004.

                              S/Gilberto Gierbolini

                              GILBERTO GIERBOLINI
                              U.S. District Judge